IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02320-RPM-BNB

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,

    Plaintiff,

v.

STEVE GOREN, Individually, and as officer,
director, shareholder and/or principal of
WEST END TAVERN INC. d/b/a WEST END TAVERN a/k/a WEST END, and
WEST END TAVERN INC. d/b/a WEST END TAVERN a/k/a WEST END,

    Defendants.

## ORDER OF DISMISSAL

    Pursuant to the Notice of Dismissal [10] filed on February 25, 2008, it is

    ORDERED that this action is dismissed with prejudice, without costs to either party.

    Dated: February 26, 2008

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge